UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PEDRO WONG, and others similarly-situated,

    Plaintiffs,

vs.

CENTURY ROOFING, INC., a Florida corporation,

    Defendant.
_____/

CASE NO. 08-22639-CIV-KING

MAGISTRATE JUDGE BANDSTRA

## FINAL JUDGMENT

This action came before this Honorable Court upon Plaintiff's Motion for Default Final Judgment against Defendant CENTURY ROOFING, INC., a Florida corporation, the Court having considered the issues therein, it is hereby

ORDERED and ADJUDGED as follows:

Plaintiff, PEDRO WONG, 3020 S.W. 8 Street, Ft. Lauderdale, Florida 33312, shall recover from Defendant CENTURY ROOFING, INC., a Florida corporation, the sum of $ _13,800_, as principal; with attorney's fees in the sum of $ _1,695.00_ and costs in the sum of $ _449.00_ for the total amount of $ _15,944.00_, for which let execution issue.

DATED in Miami, Florida, this 26 day of Nov., 2008.

_____
HONORABLE JAMES LAWRENCE KING
U.S. District Judge

copies furnished to:
Eddy O. Marban, Esq.
782 N.W. LeJeune Road, Suite 350
Miami, Florida 33126

CENTURY ROOFING, INC.
4486 Davie Road
Davie, Florida 33134

2