FILING FEE
PAID 100.00
In Forma Pauperis 991872
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PEDRO WONG, and others similarly-situated,

    Plaintiffs,

vs.

CENTURY ROOFING, INC., a Florida corporation,

    Defendant,

and

COMMUNITY BANK OF BROWARD,

    Garnishee.
_____/

CASE NO. 08-22639-CIV-KING

MAGISTRATE JUDGE BANDSTRA

FILED by ___ D.C.
08 DEC 12 AM 9:51
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

## WRIT OF GARNISHMENT

THE STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE COMMANDED to summon the garnishee, COMMUNITY BANK OF BROWARD, 1504 Weston Road, Weston, Florida 33326, to serve an answer to this writ on Eddy O. Marban, Esq., Ocean Bank Building, Suite 350, 782 N.W. LeJeune Road, Miami, Florida 33126, Plaintiff's attorney, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to Defendant, CENTURY ROOFING, INC., at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the defendant the garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant. The amount set in Plaintiff's Motion is $15,944.00 with 0.93% interest from December 1, 2008.

    DATED this 12th day of December, 2008.

Steven M. Larimore
CLERK OF COURTS

By: _____
as Deputy Clerk