UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PEDRO WONG, and others similarly-situated,

        Plaintiffs,

vs.

CENTURY ROOFING, INC., a Florida corporation,

        Defendant.
_____/

CASE NO. 08-22639-CIV-KING

MAGISTRATE JUDGE BANDSTRA

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

        Plaintiff, PEDRO WONG, with Defendants, CENTURY ROOFING, INC., by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal with Prejudice, and state:

        1.      Plaintiff filed the instant action alleging violations by Defendant of the Fair Labor Standard Act, as amended, 29U.S.C. §201-216 (FLSA).

        2.      Defendant has denied the allegations in Plaintiff's Complaint and maintains that Plaintiff was paid in accordance with all applicable laws.

        3.      To avoid the costs and the uncertainty of litigation, the parties have negotiated a confidential settlement in this FLSA matter.  Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised with the approval of the Court or the Secretary of Labor.  Accordingly, the parties request that the Court approve the settlement agreement negotiated and entered into by the parties.

4.      As part of the confidential settlement reached between the parties, Plaintiff has agreed to dismiss this action with prejudice upon approval by the Court of the confidential settlement agreement negotiated and entered into by the parties.

5.      The parties stipulate that the confidential settlement agreement reached between them represents a "fair and reasonable" resolution of Plaintiff's FLSA claims against Defendant. The parties further stipulate to the dismissal with prejudice of this action upon approval by the Court of the confidential settlement agreement negotiated and entered into by the parties.

6.      Attached for the Court's convenience is a proposed Order.

WHEREFORE, the parties respectfully requests that this Court enter an Order approving the confidential settlement agreement negotiated and entered in to by the parties and dismissing with prejudice the claims made by Plaintiff against Defendant in this action, and award such other relief as is just and proper under the circumstances.

DATED this 13th day of August, 2009.

| | |
|---|---|
| THE DIAZ LAW FIRM, P.A. | THE LAW OFFICES OF |
| Counsel for Defendant | EDDY O. MARBAN |
| 717 Ponce De Leon Boulevard | Counsel for Plaintiff |
| Suite 332 | Ocean Bank Building, Suite 350 |
| Coral Gables, Florida 33134 | 782 N.W. Le Jeune Road |
| Telephone (305) 445-4955 | Miami, Florida 33126 |
| Facsimile (305) 442-4323 | Telephone (305) 448-9292 |
| E-mail: jose@thediazlawfirm.com | Facsimile (305) 448-2788 |
| | E-mail: marban@bellsouth.net |
| By: *s/Jose O. Diaz* | By: *s/Edilberto O. Marban* |
|     JOSE O. DIAZ, ESQ. |     EDDY O. MARBAN, ESQ. |
|     Fl. Bar No. 988103 |     Fl. Bar No. 435960 |